UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-10 |
| V. | ) | (Varlan / Shirley) |
| | ) | |
| MICHAEL RODNEY HAM, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon Michael Rodney Ham's Motion to Extend Motion Cut-Off Deadline [Doc. 15], timely filed March 19, 2008. The Court previously established March 19, 2008, 2007, as the deadline for filing of pretrial motions in this case. Counsel for Mr. Ham, Attorney Jonathan Moffatt, has set forth appropriate circumstances for the Court's consideration in support of an extension of that deadline as to Mr. Ham. The government has not responded in opposition to Mr. Ham's request.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, Mr. Ham's Motion to Extend Motion Cut-Off Deadline **[Doc. 15]** is **GRANTED**. Pretrial motions are due by **April 2, 2008.** If such motions are filed, responses will be due on or before **April 16, 2008.** If there are motions pending disposition at the time of the

Pretrial Conference on **April 17, 2008, at 1:00 p.m.**, the parties should be prepared to address the April 24, 2008, trial date at that time.

    **IT IS SO ORDERED.**

                                             ENTER:

                                             <u>   s/ C. Clifford Shirley, Jr.   </u>
                                             United States Magistrate Judge